UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DJ NEILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00457-LY |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
PRELIMINARY WITNESS AND EXHIBIT LSIT**

Comes now, Defendant Portfolio Recovery Associates, LLC ("PRA") and serves this Preliminary Witness and Exhibit List:

## WITNESS LIST

1. Plaintiff DJ Neill
   c/o W. Craft Hughes
   Jarrett Ellzey
   Hughes Ellzey, LLP
   2700 Post Oak Blvd, Ste 1120
   Galleria Tower I
   Houston, TX 77056

2. Custodian of the Records and/or Corporate Representative
   Portfolio Recovery Associates, LLC
   c/o Robbie Malone
   Malone Akerly Martin PLLC
   8750 N. Central Expressway, Suite 1850
   Dallas, TX 75231

3. Alex G. Demczak
   MUG Enterprise
   c/o Robbie Malone
   Malone Akerly Martin PLLC
   8750 N. Central Expressway, Suite 1850
   Dallas, TX 75231

4. Any witness called by Plaintiff.

## EXHIBIT LIST

1. Account notes

2. Call history

3. Audio Recording

4. Capital One Terms and Conditions

Defendant reserves the right to supplemental this Witness and Exhibit List.

Defendants reserve the right to use any of the above listed trial exhibits as demonstrative aids, either by enlargement onto a board or by projection on a screen (using an Elmo).

Defendants also reserves the right to use an exhibit not listed herein for the purpose of rebuttal or impeachment, and to supplement or amend this exhibit list at any time prior to trial.

Dated: April 15, 2019.

Respectfully submitted,

**MALONE AND MARTIN PLLC**

*/s/* Robbie Malone
ROBBIE MALONE
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MALONE AND MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT***
***PORTFOLIO RECOVERY ASSOCIATES, LLC***

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing has been filed and served to known counsel of record **via Email and CMRRR** on this 15th day of April, 2019 to:

W. Craft Hughes
Jarrett Ellzey
Hughes Ellzey, LLP
2700 Post Oak Blvd, Ste 1120
Galleria Tower I
Houston, TX 77056
Email: craft@hughesellzey.com
Email: jarrett@hughesellzey.com

*Attorneys for Plaintiff*

              */s/* Robbie Malone
              ROBBIE MALONE